**BARSHAY SANDERS, PLLC**
100 Garden City Plaza
Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 112975
*Attorneys for Plaintiff*

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 02 2018 ★

LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Samantha Laford and Lauren Gibbons, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

Nationwide Credit, Inc.,

Defendant.

Docket No: 2:17-cv-04964-LDW-ARL

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that the above captioned action is voluntarily dismissed with prejudice against the defendant.

Dated: December 21, 2017

So Ordered. The case is closed.

/s/ Leonard D. Wexler
LEONARD D. WEXLER, U.S.D.J.
1/2/18

**BARSHAY SANDERS, PLLC**

By: */s Craig B. Sanders*
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 112975
*Attorneys for Plaintiff*